UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL JAY VANPORTFLIET and
ROBIN LU VANPORTFLIET,

        Plaintiffs,

                                                File No. 1:11-CV-1185

v.

                                                HON. ROBERT HOLMES BELL

WELLS FARGO HOME MORTGAGE,
et al.,

        Defendants.
                                      /

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 24, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the motion of Defendants Howard I. Atkins and Wells Fargo Home Mortgage (Dkt. No. 10) and the motion of Defendants Kent County and Mary Hollinrake (Dkt. No. 24) be granted, and that Plaintiffs' complaint (Dkt. No. 1) be dismissed for failure to state a federal claim upon which relief can be granted. (Dkt. No. 28.) This matter is before the Court on Plaintiff Paul Jay VanPortfliet's objection to the R&R. (Dkt. No. 29.)

This Court makes a de novo determination of those portions of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). However, "a general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough

to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995).  The Court may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations.  *Id.*

Plaintiff's objection reads as follows: "I DO NOT ACCEPT THIS OFFER TO CONTRACT and I DO NOT CONSENT TO THESE PROCEEDINGS."  (Dkt. No. 29.)  This constitutes a general objection which does not specify any issues of contention, and the deadline for filing objections has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the August 24, 2012, R&R (Dkt. No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Howard I. Atkins and Wells Fargo Home Mortgage's motion for dismissal (Dkt. No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Kent County and Mary Hollinrake's motion for dismissal (Dkt. No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint (Dkt. No. 1) is **DISMISSED** for failure to state a federal claim upon which relief can be granted.

Dated: September 18, 2012              /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE